No. 77–5253.  WALLACE v. PAN AMERICAN AIRWAYS.  C. A. D. C. Cir.  Certiorari denied.

No. 77–5254.  MILLS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 77–5264.  GILLENTINE v. HANCOCK TEXTILE CO., INC. C. A. 5th Cir.  Certiorari denied.

No. 77–5265.  BONDURANT, AKA GRANT ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5270.  ROLISON v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 77–5275.  TERRY v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 77–5279.  JENNINGS v. DAY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 77–5280.  PEDEN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–5282.  ANDRESS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 77–5283.  THERIAULT ET AL. v. SILBER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–5289.  KLEINBART v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 77–5297.  CRUZ-VALENZUELA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.